# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 27, 2019

## NO. 03-18-00120-CV

**The State of Texas; the City of Garland, Texas; and
the Transit Authority of Dallas MTA, Texas, Appellants**

**v.**

**Kevin Buchanan, Appellee**

## APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES GOODWIN, BAKER, AND SMITH
## ARRIRMED IN PART; REVERSED AND REMANDED IN PART –
## OPINION BY JUSTICE BAKER

This is an appeal from the judgment signed by the trial court on January 24, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in that portion of the judgment awarding appellants no attorney's fees. Therefore, the Court reverses that portion of the court's judgment and remands the issue of attorney's fees to the trial court for a new trial. The Court affirms the remainder of the trial court's judgment. Appellee shall pay all costs relating to this appeal, both in this Court and the court below.